UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-8297-BER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARTHA JANE SCHOENFELD,

    Defendant.
_____/

FILED BY TM D.C.
Jul 10, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to unseal the Criminal Complaint and Affidavit filed in support thereof, so as to permit and facilitate discussions with defense counsel, and in view of the pending surrender of the defendant.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 Australian Ave., Suite 400
West Palm Beach, FL 33401
Office: (561) 820-8711
Email: john.mcmillan@usdoj.gov