AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-cr-80092-Singhal/Maynard |
| MARTHA JANE SCHOENFELD, | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8-2-24

_Martha Jane Schoenfeld_
Defendant's signature

_[signature]_
Signature of defendant's attorney

MARK D. McMANN
Printed name of defendant's attorney

_[signature]_
Judge's signature

U.S. Magistrate Judge
Judge's printed name and title